# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3161
_____

ASCENDANT COMMERCIAL
INSURANCE and JANDREW
ENTERPRISES, LLC,

    Appellants,

    v.

MIRJAM JUDIT MARGARETHA
BUDD,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Barbara K. Case, Judge.

Date of Accident: January 19, 2023.

January 30, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


William H. Rogner, Orlando, for Appellants.

Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for Appellee.